IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 2:06CV16-SRW |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual | ) ) ) ) ) |
| Defendant. | ) |

## COMPLAINT

### Parties

1. The plaintiff, Murphy Oil USA, Inc. ("Murphy Oil"), is a corporation organized and existing under the laws of Delaware with its principal place of business in Arkansas.

2. Upon information and belief, the defendants, Elmer Myers Armstrong and Freida Armstrong, are residents of Montgomery County, Alabama and are each over the age of nineteen (19) years.

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332(a).

4. Murphy Oil was incorporated under the laws of the State of Delaware and has its principal place of business in El Dorado, Arkansas. The defendants, upon information and belief, are citizens and residents of Montgomery County, Alabama. Thus, there is complete diversity.

5. Additionally, the minimum amount in controversy in this action exceeds $75,000. The amount of money owed by the defendants to plaintiff pursuant to the Guaranty of Payment and Performance Agreement ("Personal Guaranty") attached hereto as Exhibit A exceeds $250,000.

6. Pursuant to 28 U.S.C. 1391(a), venue is proper in the Northern Division of the Middle District of Alabama because defendants reside in the Northern Division of the Middle District of Alabama.

## Factual Background

7. Price Oil, Inc. purchased petroleum products from the plaintiff, Murphy Oil, from time to time pursuant to an agreement with Murphy Oil. Price Oil, Inc. was obligated to pay for such petroleum products within 12 days of the ship date.

8. On or about August 5, 1997, the defendants executed the Personal Guaranty in order to guarantee the full payment by Price Oil, Inc. to plaintiff Murphy Oil for its purchases of petroleum products. (See Exhibit A attached hereto).

## COUNT ONE

### Breach of Contract

9. Plaintiff incorporates, adopts and re-alleges paragraphs one (1) through eight (8) as if fully set forth herein.

10. Price Oil, Inc. has failed and refused to pay for petroleum products which it purchased from Murphy Oil during December 2005 in the total amount of $259,585.75. Such amount is due and payable, and remains unpaid.

11. Plaintiff claims the sum of $259,585.75, plus interest, attorneys' fees and costs as damages from the Defendants as a result of their breach of the said Personal Guaranty.

WHEREFORE, PREMISES CONSIDERED, Murphy Oil demands judgment, jointly and severally, against the defendants, Elmer Myers Armstrong and Freida Armstrong, in the sum of $259,585.75, plus interest, attorneys' fees and costs.

## COUNT TWO

### Declaratory Judgment

12. Plaintiff incorporates, adopts and re-alleges paragraphs one (1) through eleven (11) as if fully set forth herein.

13. By reason of the foregoing, a controversy exists regarding Murphy Oil's right to payment by defendants of the monies owed by Price Oil, Inc. under the Personal Guaranty, Exhibit A hereto.

WHEREFORE, Plaintiff seeks a declaratory judgment:

(a) Declaring that the Defendants are obligated, jointly and severally, to guarantee the payment by Price Oil, Inc. of its obligation to make payments of $259,585.75 to Murphy Oil, plus interest, for the purchase of petroleum products and to make such payments on demand;

(b) Declaring that Defendants are further obligated to make payment to Murphy Oil for any and all costs, including attorneys' fees and costs of litigation, which are incurred by Murphy Oil in enforcing the Personal Guaranty in this action; and,

(c) For such other and further relief that this Court may deem just and proper.

## COUNT THREE

### Specific Performance

14. Plaintiff incorporates, adopts and re-alleges paragraphs one (1) through thirteen (13) as if fully set forth herein.

15. Plaintiff is entitled to specific performance of the Personal Guaranty by defendants due to the fact that Price Oil, Inc. has failed to make payments

{B0558613}

for its purchases of petroleum products from Murphy Oil in the total amount of $259,585.75.

WHEREFORE, PREMISES CONSIDERED, Murphy Oil demands judgment, jointly and severally, against the defendants, Elmer Myers Armstrong and Freida Armstrong, requiring such defendants to perform said Personal Guaranty and pay the sum of $259,585.75, plus interest, attorneys' fees and costs to Murphy Oil.

*(signature)*
John P. Scott, Jr.
ASB-3636-O69J
Bryan G. Hale
ASB-6964-A55H
Attorneys for Plaintiff, Murphy Oil USA, Inc.

**OF COUNSEL:**
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512


Please serve the Defendants by Sheriff at the following address:

Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117