IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL, USA, INC. a corporation, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:06 CV16-SRW ) |
| ELMER MYERS ARMSTRONG, an individual and FREIDA ARMSTRONG, an individual, | ) ) ) ) |
| Defendants. | ) ) |

## SUMMONS

To be served by Special Process Server:

NOTICE TO:   ELMER MYERS ARMSTRONG
             8140 Westlakes Place
             Montgomery, Alabama 36117

You are hereby summoned and required to serve upon John P. Scott, Jr., attorney for plaintiff Murphy Oil, USA, Inc., a corporation, whose address is STARNES & ATCHISON LLP, 100 Brookwood Place, Seventh Floor, Post Office Box 598512, Birmingham, Alabama 35259-8512, an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DEBRA P. HACKETT

DATE: 1/6/06                    BY: _____
                                    DEPUTY CLERK

[SEAL OF THE U.S. DISTRICT COURT]

CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
United States Courthouse
One Church Street
Montgomery, Alabama 36104

{B0560363}

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____.

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____            _____
*Date*                                                *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____            _____
*Date*                                                *Authorized or Specially Appointed Process Server*

Cost of Service:   Service fee:                                                          $ _____
                          Expenses: _____ miles @ _____ cents           $ _____
                                                                                       TOTAL:    $ _____

{B0560363}

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL, USA, INC. a corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06cv16-SRW |
| | ) |
| ELMER MYERS ARMSTRONG, an individual | ) |
| and FREIDA ARMSTRONG, an individual, | ) |
| | ) |
| Defendants. | ) |

SUMMONS

To be served by Special Process Server:

NOTICE TO:    FREIDA ARMSTRONG
              8140 Westlakes Place
              Montgomery, Alabama  36117

You are hereby summoned and required to serve upon John P. Scott, Jr., attorney for plaintiff Murphy Oil, USA, Inc., a corporation, whose address is STARNES & ATCHISON LLP, 100 Brookwood Place, Seventh Floor, Post Office Box 598512, Birmingham, Alabama 35259-8512, an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 1/6/06

DEBRA P. HACKETT
BY: [signature]
DEPUTY CLERK

[SEAL OF THE U.S. DISTRICT COURT]

CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
United States Courthouse
One Church Street
Montgomery, Alabama 36104

{B0560363}

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at _____.

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
_____

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
*Date*                                        *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
*Date*                                        *Authorized or Specially Appointed Process Server*

Cost of Service:   Service fee:                                    $ _____
                   Expenses: _____ miles @ _____ cents             $ _____
                                                        TOTAL:     $ _____

{B0560363}