IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL, USA, INC. a corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06CV16-SRW |
| | ) |
| ELMER MYERS ARMSTRONG, an individual and FREIDA ARMSTRONG, an individual, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

To be served by Special Process Server:

NOTICE TO:   ELMER MYERS ARMSTRONG
             8140 Westlakes Place
             Montgomery, Alabama  36117

You are hereby summoned and required to serve upon John P. Scott, Jr., attorney for plaintiff Murphy Oil, USA, Inc., a corporation, whose address is STARNES & ATCHISON LLP, 100 Brookwood Place, Seventh Floor, Post Office Box 598512, Birmingham, Alabama 35259-8512, an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 1/6/06

DEBRA P. HACKETT

BY: _____
    DEPUTY CLERK

RETURNED AND FILED

JAN 13 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

[SEAL OF THE U.S. DISTRICT COURT]

CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
United States Courthouse
One Church Street
Montgomery, Alabama 36104

{B0560363}

THIS WRIT RETURNED "NOT FOUND"
IN MONTGOMERY COUNTY THIS _07_
DAY OF _January 2006_
FOR THE FOLLOWING REASON:
- [x] MOVED
- [ ] NO SUCH ADDRESS
- [ ] INSUFFICIENT ADDRESS
- [ ] NEED WORK ADDRESS
- [ ] NOT EMPLOYED
- [ ] RETURN TO COURT BY ORDER OF _____
- [ ] OTHER _____

D. T. MARSHALL, SHERIFF
By: _I. L. Forbes 1060_ D.S.

RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, <u>2006</u>, I served this summons together with the complaint as follows:

- ☐ By personal service on the defendant at _____.

- ☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
  _____

- ☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
  _____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     _____
*Date*                          *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     _____
*Date*                          *Authorized or Specially Appointed Process Server*

Cost of Service:   Service fee:                                    $ _____
                   Expenses: _____ miles @ _____ cents             $ _____
                                                         TOTAL:    $ _____

{B0560363}

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL, USA, INC. a corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06cv16-SRW |
| | ) |
| ELMER MYERS ARMSTRONG, an individual and FREIDA ARMSTRONG, an individual, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

To be served by Special Process Server:

NOTICE TO:   FREIDA ARMSTRONG
             8140 Westlakes Place    Wynlakes off Lakeridge
             Montgomery, Alabama  36117

You are hereby summoned and required to serve upon John P. Scott, Jr., attorney for plaintiff Murphy Oil, USA, Inc., a corporation, whose address is STARNES & ATCHISON LLP, 100 Brookwood Place, Seventh Floor, Post Office Box 598512, Birmingham, Alabama 35259-8512, an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DEBRA P. HACKETT

DATE: 1/6/06            BY: _____
                            DEPUTY CLERK

RETURNED AND FILED

JAN 13 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

[SEAL OF THE U.S. DISTRICT COURT]

CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
United States Courthouse
One Church Street
Montgomery, Alabama 36104

{B0560363}

THIS WRIT RETURNED "NOT FOUND"
IN MONTGOMERY COUNTY THIS _0 7_
DAY OF _January 2006_
FOR THE FOLLOWING REASON:
- [x] MOVED
- [ ] NO SUCH ADDRESS
- [ ] INSUFFICIENT ADDRESS
- [ ] NEED WORK ADDRESS
- [ ] NOT EMPLOYED
- [ ] RETURN TO COURT BY ORDER OF _____
- [ ] OTHER _____

D. T. MARSHALL, SHERIFF
By: _I. L. Foobs 1000_ D.S.

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____.

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
*Date*                                            *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
*Date*                                            *Authorized or Specially Appointed Process Server*

Cost of Service:    Service fee:                                $ _____
                         Expenses: _____ miles @ _____ cents     $ _____

                                                                             TOTAL:    $ _____

{B0560363}