IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 2:06-CV-16-SRW |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |

RECEIVED
2006 FEB 21 A 11: 05
P. HACKETT, CL..
DISTRICT COURT
MIDDLE DISTRICT AL.

## ANSWER

Defendants, Elmer Myers Armstrong and Freida Armstrong ("the Armstrongs"), for answer to the Complaint filed herein state as follows:

For answer to the separately numbered paragraphs of the Complaint, the Armstrongs state as follows:

1. Admitted.

2. Denied.

3. Admitted.

4. Denied as to the Armstrongs. The Armstrongs are not now nor have they been residents of Montgomery County, Alabama for some nine (9) years.

5. Admitted.

6. Denied.

7. Admitted.

8. The Armstrongs admit that the signatures appearing on the Personal Guaranty attached to the Complaint as Exhibit A thereto are their signatures.

9. See responses to Paragraphs 1 through 8 above.

10. Price Oil, Inc. is currently in Chapter 11 bankruptcy proceedings in the U. S. District Court for the Middle District of Alabama. The Armstrongs lack sufficient information to admit or deny the allegations contained in Paragraph 10 of the Complaint and, therefore, the same are denied.

11. Denied.

12. See responses 1 through 11 above.

13. Denied.

14. See responses to 1 through 13 above.

15. Denied.

## AFFIRMATIVE DEFENSES

1. Venue is improper.

2 The subject personal guaranties are no longer in effect and are unenforceable.

3. The Armstrongs deny the material allegations of the Complaint and demand strict proof thereof.

                                                                        _____
                                                                        H. Dean Mooty, Jr. (MOO018)
                                                                        Attorney for Elmer Myers Armstrong and
                                                                         Freida Armstrong

OF COUNSEL:

MOOTY & ASSOCIATES, P.C.
600 Clay Street
Montgomery, Alabama 36104
Telephone:  (334) 264-0400
Facsimile:  (334) 264-0380
E-mail:  hdm@mooty-assoc.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon John P. Scott, Esq., Starnes & Atchison, LLP, Post Office Box 598512, Birmingham, Alabama 35259-8512, by depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, on this the 21st day of February, 2006.

                                                                         /s/ *signature*
                                                                         Of Counsel