RECEIVED
2006 MAR 29 P 12:30

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) CIVIL ACTION NO. 2:06-cv-16-SRW |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual | ) <br> ) <br> ) <br> ) |
| Defendant. | ) |

### REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 28, 2006 via telephone and was attended by:

   Bryan G. Hale for Plaintiff

   H. Dean Mooty, Jr. for Defendants

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange by April 3, 2006 the information required by Fed. R. Civ. P. 26(a)(1).

3. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects: Plaintiff's claims and damages; defendant's defenses.

   All discovery commenced in time to be completed by June 12, 2006.

   Maximum of thirty (30) interrogatories by each party to any other party. [Responses due thirty (30) days after service.]

{B0580863}

Maximum of thirty (30) requests for production by each party to any other party. [Responses due thirty (30) days after service.]

Maximum of five (5) depositions by plaintiff and five (5) by defendants.

Each deposition is limited to a maximum of seven (7) hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due from plaintiffs by May 1, 2006, and from defendants by May 8, 2006.

Supplementation under Rule 26(e) due as needed and as required by the Rules.

4. <u>Other Items.</u>

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference in August 2006.

Plaintiff should be allowed until April 17, 2006 to join additional parties and until April 17, 2006 to amend the pleadings.

Defendant should be allowed until April 17, 2006 to join additional parties and until April 17, 2006 to amend the pleadings.

All potentially dispositive motions should be filed by June 21, 2006.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff by thirty (30) days before trial and from defendants by thirty (30) days before trial.

Parties should have seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by September 1, 2006 and at this time is expected to take approximately two (2) days.

<u>Synopsis of the case</u>: Plaintiff claims that defendant breached their contract by failing to pay the debts owed by a corporation according to the terms of a personal guaranty of payment and performance. Plaintiff claims damages, including fees under the personal guaranty of payment and performance and

{B0580863}

attorneys fees. Defendant denies any breach of the contract and disputes the enforceability of the contract.

Dated March 28, 2006

_____
John P. Scott, Jr.
Bryan G. Hale
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512
(205) 868-6000 [Phone]
(205) 868-6099 [Facsimile]
Attorneys For Plaintiff

_____
H. Dean Mooty, Jr.
MOOTY & ASSOCIATES, P.C.
600 Clay Street
Montgomery, AL 36104
(334) 264-0400
Attorney for Defendants

{B0580863}