**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 30, 2006

# NOTICE OF DEFICIENCY

To:     Attorney John P. Scott, Jr.

From:   Clerk's Office

**Case Style: Murphy Oil USA, Inc. vs. Elmer Myers Armstrong et al.**

**Case Number: 2:06cv16 - SRW**

**Referenced Pleading: Report of Parties Planning Meeting**

**Docket Entry # 11**

**Notice is hereby given that the referenced deficient pleading was filed on 3/29/06 in the above-styled case.  This deficiency must be corrected within ten (10) days from this date.  You must file a signature page for the referenced pleading with your original signature.**

*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE, ALONG WITH A COPY OF THIS NOTICE.*