**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 3, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Murphy Oil USA, Inc. vs. Elmer Myers Armstrong et al.**

**Case Number: 2:06cv16-SRW**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 3/29/06 in accordance with amended Federal Rules of Civil Procedure 5(e).  Reference is made to document # 11   filed on   March 29, 2006 without an original signature for attorney John P. Scott, Jr.**