IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Murphy Oil USA, Inc.,  )
                       )
Plaintiff(s),          )
                       )
v.                     )           CIVIL ACTION NO. 06-16-SRW
                       )
Elmer Armstrong, Freida,)
Armstrong              )
Defendant(s).          )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

4/11/06
Date

Bryan Hale
Signature

Murphy Oil USA, Inc.
Counsel For (print name of all parties)

P.O. Box 598512, Birmingham, AL 35259
Address, City, State Zip Code

(205) 868-6000
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101