IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 13 A 10: 04

| | | |
|---|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Civil Action No. 2:06-cv-16-SRW |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual, | ) ) ) ) | |
| Defendant(s). | ) ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

4-12-06
Date

Signature   H. Dean Mooty, Jr.

Elmer Myers Armstrong and Freida Armstrong
Counsel For (**print** name of all parties)

600 Clay Street, Montgomery, Alabama 36104
Address, City, State Zip Code

(334)264-0400
Telephone Number