IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, ) ) ) | RECEIVED 2006 MAY 10 P 2:55 P. HACKETT DISTRICT COURT MIDDLE DISTRICT ALA |
| Plaintiff(s), ) ) | |
| v. ) ) | Civil Action No. 2:06-cv-16-SRW |
| ELMER MYERS ARMSTRONG, ) an individual, and FREIDA ) ARMSTRONG, an individual, ) ) | |
| Defendant(s). ) | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

The undersigned, as attorney for Defendants Elmer Myers Armstrong and Freida Armstrong, respectfully requests an extension of time up to and including fourteen (14) days to respond to Plaintiff's First Request for Admissions served upon the undersigned on April 10, 2006. In support of this request, the undersigned would show that he does not know where the Armstrongs are currently located, and the undersigned has not been able even to provide the Armstrongs a copy of Plaintiff's First Request for Admissions, nor for that matter, Plaintiff's First Set of Request for Production and First Set of Interrogatories received by the undersigned on April 19, 2006 and which become due on or about May 19, 2006. Counsel believes that with an extension of fourteen (14) days, he will be able to determine either the location of his clients and obtain their input and signature on such discovery responses or be in a position to represent to the Court that he cannot locate the Armstrongs and, therefore, cannot provide a proper defense herein. Candidly, this request is made in particular response to Plaintiff's First Request for Admissions, a response to which would be due on May 10, 2006. Counsel believes it would

simply be inappropriate, unfair and highly prejudicial at this point for Plaintiff to seek to have those Requests for Admissions deemed admitted for failure of the Armstrongs to respond to same. Counsel simply requests an additional period of time not to exceed fourteen (14) days to give him an opportunity to locate the Armstrongs.

                                                 Respectfully submitted,

                                                 _____
                                                 H. Dean Mooty, Jr. (MOO018)
                                                 Attorney for Elmer Myers Armstrong and
                                                 Freida Armstrong

OF COUNSEL:

MOOTY & ASSOCIATES, P.C.
600 Clay Street
Montgomery, Alabama 36104
Telephone:    (334)264-0400
Facsimile:     (334)264-0380
E-mail:         hdm@mooty-assoc.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon John P. Scott, Jr., Esq. and Bryan G. Hale, Esq., Starnes & Atchison, LLP, Post Office Box 598512, Birmingham, Alabama 35259-8512, by depositing a copy of same in the United States Mail, first class postage prepaid and properly addressed on this the 10th day of May, 2006.

                                                 _____
                                                 Of Counsel