Case 2:06-cv-00016-SRW    Document 17    Filed 05/10/2006    Page 1 of 2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 10 P 2: 55

P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual, | ) ) ) ) |
| Defendant(s). | ) |

Civil Action No. 2:06-cv-16-SRW

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

The undersigned, as attorney for Defendants Elmer Myers Armstrong and Freida Armstrong, respectfully requests an extension of time up to and including fourteen (14) days to respond to Plaintiff's First Request for Admissions served upon the undersigned on April 10, 2006. In support of this request, the undersigned would show that he does not know where the Armstrongs are currently located, and the undersigned has not been able even to provide the Armstrongs a copy of Plaintiff's First Request for Admissions, nor for that matter, Plaintiff's First Set of Request for Production and First Set of Interrogatories received by the undersigned on April 19, 2006 and which become due on or about May 19, 2006. Counsel believes that with an extension of fourteen (14) days, he will be able to determine either the location of his clients and obtain their input and signature on such discovery responses or be in a position to represent to the Court that he cannot locate the Armstrongs and, therefore, cannot provide a proper defense herein. Candidly, this request is made in particular response to Plaintiff's First Request for Admissions, a response to which would be due on May 10, 2006. Counsel believes it would

**MOTION GRANTED to** *[handwritten]*

and including _May 25_, 20 _06_
this _15th_ day of _May_, 20 _06_

_____
UNITED STATES MAGISTRATE JUDGE