IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 2:06-cv-16-SRW |
| ELMER MYERS ARMSTRONG, an individual, and FRIEDA ARMSTRONG, an individual | ) ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Murphy Oil USA, Inc. ("Murphy Oil") submits the following Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this Motion, Murphy Oil states as follows:

1. Murphy Oil is entitled to summary judgment on each of the Counts asserted against defendants Elmer M. and Frieda Armstrong as a matter of law.

2. Murphy Oil is due for summary judgment to be granted in its favor on its claim that it has a right to payment by these defendants of the monies owed by Price Oil, Inc to Murphy Oil.

3. The Armstrongs have admitted each statement in Murphy Oil's Requests for Admissions, acknowledging that:

- A valid, binding agreement with Murphy Oil exists;

- Price Oil, Inc. owes a debt to Murphy Oil;

- The Armstrongs agreed to pay the debts which Price Oil owed to Murphy Oil; and

- Price Oil failed to pay Murphy Oil sums due on such debt.

4. Based on those admissions, there is no genuine issue of material fact and Murphy Oil is entitled to judgment as a matter of law.

5. As further support for this Motion, Murphy Oil relies on its Evidentiary Submissions and Brief in Support of Motion for Summary Judgment.

WHEREFORE, PREMISES CONSIDERED, Murphy Oil respectfully requests that this Court enter summary judgment in Murphy Oil's favor as there is no genuine issue of material fact and Murphy Oil is entitled to judgment as a matter of law. Murphy Oil further requests this Court enter judgment against the Armstrongs in the amount of $193,339.47, which is the value of the products and services delivered in December 2005 minus the amount Murphy recovered from Price Oil's bankruptcy proceedings through a section 503(b)(9) claim for administrative expenses. Additionally, Murphy seeks interest, accruing at a rate of six (6) percent per annum from the date of this filing to the date that a judgment is entered, with leave to prove reasonable attorney's fees and the costs of obtaining said judgment.

Respectfully submitted,

s/John P. Scott, Jr.
John P. Scott, Jr.
Bryan G. Hale
Attorneys for Plaintiff Murphy Oil USA, Inc.

**OF COUNSEL:**
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June __, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  hdm@mooty-assoc.com

  And hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  H. Dean Mooty, Jr., Esq.
  MOOTY & ASSOCIATES, P.C.
  600 Clay Street
  Montgomery, Alabama  36104

            s/John P. Scott, Jr.
            John P. Scott, Jr.
            Bryan G. Hale
            Starnes & Atchison LLP
            100 Brookwood Place, 7th Floor
            P.O. Box  598512
            Birmingham, Alabama  35259-8512
            (205)  868-6038
            (205)  868-6099 (facsimile)
            jps@starneslaw.com
            bgh@starneslaw.com
            Attorneys for Defendant Murphy Oil USA, Inc.

{B0601831}