IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 2:06-cv-16-SRW |
| ELMER MYERS ARMSTRONG, an individual, and FRIEDA ARMSTRONG, an individual | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF SUMMARY JUDGMENT

COMES NOW, the plaintiff, Murphy Oil USA, Inc., and submits the following Evidentiary Submissions in Support of Motion for Summary Judgment:

| Exhibit Number | Description |
|---|---|
| 1 | Guaranty of Payment and Performance |
| 2 | Plaintiff's Requests for Admissions |
| 3 | Affidavit of Laura Brown |

{B0606544}

          Respectfully submitted,

          s/John P. Scott, Jr.
          John P. Scott, Jr.
          Bryan G. Hale
          Attorneys for Plaintiff Murphy Oil USA, Inc.

**OF COUNSEL:**
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512

{B0606544}

## CERTIFICATE OF SERVICE

I hereby certify that on June __, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

hdm@mooty-assoc.com

And hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

H. Dean Mooty, Jr., Esq.
MOOTY & ASSOCIATES, P.C.
600 Clay Street
Montgomery, Alabama  36104

                              s/John P. Scott, Jr.
                              John P. Scott, Jr.
                              Bryan G. Hale
                              Starnes & Atchison LLP
                              100 Brookwood Place, 7th Floor
                              P.O. Box  598512
                              Birmingham, Alabama  35259-8512
                              (205)  868-6038
                              (205)  868-6099 (facsimile)
                              jps@starneslaw.com
                              bgh@starneslaw.com
                              Attorneys for Defendant Murphy Oil USA, Inc.

{B0606544}