IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 2:06-cv-16-SRW |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual | ) ) ) ) ) |
| Defendant. | ) ) |

## AFFIDAVIT OF LAURA BROWN

| | |
|---|---|
| STATE OF ARKANSAS | } |
| | } |
| COUNTY OF UNION | } |

Before me, the undersigned notary public in and for said county and state, personally appeared Laura Brown, who having been duly sworn by me, deposes and says as follows:

1. My name is Laura Brown. I am of sound mind, and I understand the taking of an oath. I have personal knowledge of every statement made in this affidavit, all of which are true and correct, and I am fully competent and authorized to testify to the matters stated herein. If called to testify, I will testify as follows:

{B0579675}

2. I am employed by Murphy Oil, USA, Inc. as a Corporate Credit Manager in the Credit Department. The facts stated herein are based on my personal knowledge and documents kept in the course of regularly conducted business activities of Murphy Oil, USA, Inc.

3. On or about August 5, 1997, Elmer Myers Armstrong and Frieda Armstrong executed a Guaranty of Payment and Performance assuming personal liability for the unpaid debts of Price Oil, Inc.

4. In December 2005, Murphy Oil USA, Inc. provided petroleum products to Price Oil, Inc. in the amount of $259,585.75.

5. To date, the only payment made on the $259,585.75 debt owed to Murphy Oil by either Price Oil, Inc. or the Armstrongs is the payment of $66,246.28, which Murphy Oil received from the attorneys for Price Oil, Inc. in its Bankruptcy proceeding pursuant to Murphy Oil's 11 U.S.C. § 503(b)(9) claim for administrative expenses

6. Accordingly, a balance of $193,339.47 remains outstanding on the debt owed by Price Oil, Inc., for which the Armstrongs are obligated under the Guaranty of Payment and Performance.

FURTHER AFFIANT SAITH NOT

*Laura S. Brown* (signature)
Laura Brown

{B0579675}

I, _Donna Landers_ in and for said County and State, hereby certify that Laura Brown, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

Given under my and seal this the 16th day of _June_, 2006.

_Donna Landers_
Notary Public
My Commission Expires: Aug. 28, 2010

{B0579675}