IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv16-SRW |
| | ) |
| ELMER MYERS ARMSTRONG, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This action is presently before the court on the motion for summary judgment filed by defendant on June 19, 2006. The parties are DIRECTED to comply with the order of this court entered on June 7, 2006 (Doc. # 20), which establishes the briefing schedule.

Done, this 21st day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE