IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv16-SRW |
| ) | |
| ELMER MYERS ARMSTRONG, et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER

This action is presently before the court on the motion for summary judgment filed by **plaintiff** on June 19, 2006.  The parties are DIRECTED to comply with the order of this court entered on June 7, 2006 (Doc. # 20), which establishes the briefing schedule.

Done, this 21st day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE