IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff(s), | | |
| v. | | Civil Action No. 2:06-cv-16-SRW |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual, | | |
| Defendant(s). | | |

2006 JUN 28  A 9: 22

DEBRA P. H
U.S. DIST
MIDDLE D

### RESPONSE TO PLAINTIFF'S
### MOTION FOR SUMMARY JUDGMENT

The undersigned filed an appearance in this matter on behalf of Elmer Myers Armstrong and Freida Armstrong. This is an action to enforce personal guarantees provided by the Armstrongs for obligations regarding fuel purchases of Price Oil, Inc. from Plaintiff, Murphy Oil USA, Inc. Murphy Oil has now filed a Motion for Summary Judgment. The Armstrongs have no resources with which to defend this matter, much less satisfy any resulting judgment.

Accordingly, no response will be filed to Plaintiff's Motion for Summary Judgment, and the undersigned assumes the Court will proceed to enter a judgment in favor of Murphy Oil on that basis.

The undersigned would like to provide a little background information on this matter. Myers and Freida Armstrong were the owners of Price Oil, Inc., a corporation involved in the wholesale and retail gasoline industry, with its principal office in Montgomery, Alabama. The Armstrongs retired approximately eight (8) years ago and were not involved in the day-to-day running of the business. Due to a bad and deteriorating financial condition of the company,

unknown to the Armstrongs, they returned in early Fall to try and save the business. Their efforts were unsuccessful, and a Chapter 11 voluntary petition in bankruptcy was filed in the U. S. Bankruptcy Court for the Middle District of Alabama, Case No. 05-34286. The company's assets have been sold, and Price Oil ceased business operations a number of months ago. The Armstrongs' activities with Price Oil also ended a number of months ago. The Armstrongs not only did not receive a dime from the bankruptcy proceeding, they lost everything, including their home. The Armstrongs are in their early 60s and their retirement some eight years ago was due largely to Mr. Armstrong's health which includes various cardiac issues, prior heart attacks and related problems, angioplasties, etc. Even so, the Armstrongs are now in a position of having to find jobs in order to live.

The undersigned does not know the Armstrongs' whereabouts. The undersigned previously requested a brief extension of time to respond to Plaintiff's written discovery in that he had been unable to get such discovery to the Armstrongs, much less prepare responses to them. He has still been unable to do so. The undersigned would prefer not to withdraw from this proceeding due to his almost 20-year working and personal relationship with the Armstrongs. Respectfully, the undersigned would simply ask that he continue to be copied with any filings of the Plaintiff and actions of the Court in this matter.

                                                Respectfully submitted,

                                                _____
                                                H. Dean Mooty, Jr. (MOO018)
                                                Attorney for Elmer Myers Armstrong and
                                                Freida Armstrong

OF COUNSEL:

MOOTY & ASSOCIATES, P.C.
600 Clay Street
Montgomery, Alabama 36104
Telephone:   (334)264-0400
Facsimile:   (334)264-0380
E-mail:      hdm@mooty-assoc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon John P. Scott, Jr., Esq. and Bryan G. Hale, Esq., Starnes & Atchison, LLP, Post Office Box 598512, Birmingham, Alabama 35259-8512, by depositing a copy of same in the United States Mail, first class postage prepaid and properly addressed on this the 27th day of June, 2006.

_____
Of Counsel