IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV16-SRW ) (WO) |
| ELMER MYERS ARMSTRONG and FRIEDA ARMSTRONG, | ) ) ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the memorandum of opinion entered on this date, it is

ORDERED that judgment is entered in favor of plaintiff and against defendants in the total amount of $193,911.54, which includes a principal amount of $193,339.47 and pre-judgment interest at the Alabama statutory rate of 6% per annum from June 19, 2006[1] to the present date. Costs are taxed against the defendant.

DONE, this 7th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff requested prejudgment interest from the date of filing of its summary judgment motion. (See Doc. # 21, p. 2).